# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE as Mother and Next Friend of John Doe, a minor, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 5:22-cv-00835-HNJ |
| ROBYE PATTERSON, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

On August 1, 2022, Plaintiff filed a motion to proceed under a pseudonym. (Doc. 14). Defendants shall file a response to the motion within **seven (7) days** of the entry date of this order. Plaintiff may file any reply within **three (3) days** thereafter.

**DONE** and **ORDERED** this 2nd day of August, 2022.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE